## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE:                                                      CASE: A15-74178-SMS

CANDICE MICHELE UPSHAW                                       CHAPTER 13

**Debtor**

---

### Notice of Final Cure

---

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Mary Ida Townson files this Notice of Final Cure Payment.  The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** HOME POINT FINANCIAL CORPORATION

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 5 | 6927 | $426.67 | $426.67 | $426.67 |
| Total Amount Paid by Trustee | | | | $426.67 |

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit          **X**  Direct by the Debtor

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

Case 15-74178-sms   Doc 56   Filed 07/22/20   Entered 07/22/20 08:05:59   Desc Main
Document   Page 2 of 2

A15-74178-SMS

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address sho for each:

CANDICE MICHELE UPSHAW
2973 LIGHTHOUSE WAY
CONYERS, GA 30013

HOME POINT FINANCIAL CORPORATION
ATTN: Bankruptcy Administrator
11511 Luna Road, Suite 300
Farmers Branch, TX  75234

Sottile & Barile, LLC
ATTN: Anthony Sottile
394 Wards Corner Rd, Ste 180
Loveland, OH  45140

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Cour Electronic Filing program, which sends a notice of this document and an accompanying link to th document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

CLARK & WASHINGTON

Dated: July 22, 2020

<div style="margin-left:40%">

Respectfully submitted,


_/s/_____
Mary Ida Townson, Attorney
Standing Chapter 13 Trustee
GA Bar No. 715063
285 Peachtree Center Ave, Suite 1600
Atlanta, GA  30303-1229
(404) 525-1110
maryidat@atlch13tt.com

</div>

2